CAUSE NO. 04-15-00281-CR

TRIAL COURT NO. 2011-CR-3121

KEVIN BALDITT

VS

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 15 2015

Abel Acosta, Clerk

IN THE COURT OF APPEALS
4th SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

APPELLANT'S MOTION TO EXTEND TIME TO PETITION FOR DISCRETIONARY REVIEW

APPELLANT MOVES THAT THIS HONORABLE COURT EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, AND IN SUPPORT OF HIS REQUEST SHOWS:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

1. APPELLANT IS A UNITED STATES CITIZEN OF INDIGENT STATUS. APPELLANT IS NOT A LAWYER.

2. ON JUNE 3, 2015 THIS COURT DISMISSED APPEAL NO. 04-15-00281-CR

3. APPELLANT MOTION FOR REHEARING WAS DENIED JUNE 25, 2015

4. APPELLANT HAS NEVER REQUESTED FOR AN EXTENTION IN THIS CASE.

5. APPELLANT HAS KB ~~NEVER~~ BEEN UNSUCCESSFUL IN OBTAINING FILES AND PAPERS FROM HIS APPOINTED COUNSEL(S)

6. APPELLANT IS IN PRISON WITHOUT INTERNET ACCESS MUST RELY ON U.S. POSTAL MAIL FOR DOCUMENTS. ~~AND~~ KB

7. APPELLANT HAS ENCOUNTERED SERIOUS ACCESS TO COURT VIOLATIONS

8. APPELLANT SEEKS A (60) DAY EXTENSION TO PROPERLY PREPARE HIS PETITION FOR DISCRETIONARY REVIEW

9. APPELLANT HAS SOUGHT THE ASSISTANCE OF THE STATE BAR OF TEXAS CLIENT ATTORNEY ASSISTANE PROGRAM TO FACILIATE THE TRANSFER OF ATTORNEY JAY NORTON, FILE(S) AND WORK PRODUCT. APPELLANT HAS NOT RECEIVED HIS FILE(S)

10. APPELLANT THROUGH DUE DILIGENT HAS BEEN UNSUCCESSFUL IN OBTAINING THE RECORD. APPELLANT WAS ADVISED BY ATTORNEY RICHARD B. DULANY, JR. THAT THE RECORD EXIST IN ELECTRONIC FORMAT

11. APPELLANT WILL SEEK THE COURT REPORT TO PROVIDE THE RECORD TO PREPARE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, APPELLANT PRAYS THAT COURT GRANT THIS MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW IN CAUSE NO. 04-15-00281-CR

KEVIN BALDITT APPELLANT
TDCJ ID NO. 1942689
1203 EL CIBOLO RD.
EDINBURG, TX 78542

UNSWORN DECLARATION BY INMATE

I KEVIN BALDITT, TDCJ ID NO. 1942689, BEING PRESENTLY INCARCERATED IN THE LOPEZ STATE JAIL FACILITY A UNIT OF THE TEXAS DEPT. OF CRIMINAL JUSTICE IN HIDALGO COUNTY, TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY ABILITY

EXECUTED ON THIS THE 2ND DAY OF JULY 2015

KEVIN BALDITT, APPELLANT
TDCJ ID NO. 1942689
1203 EL CIBOLO RD.
EDINBURG, TX 78542

JULY 2, 2015

HONORABLE KEITH E. HOTTLE, CLERK
FOURTH COURT OF APPEALS
CADENA - REEVES JUSTICE CENTER
300 DOLOROSA ST, SUITE 3200
SAN ANTONIO, TX 78205

RE:

CAUSE NO. 04-15-00281-CR
TRIAL COURT NO. 2011-CR-3121

KEVIN BALDITT
TDCJ ID NO. 1942689
LOPEZ STATE JAIL
1203 EL CIBOLO RD.
EDINBURG, TX 78542

VIA U.S. MAIL

GREETINGS:

ENCLOSED PLEASE FIND APPELLANTS MOTION TO EXTEND TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW. PLEASE FILE
THESE PAPERS AND BRING TO THE ATTENTION OF THE COURTS.
THANK YOU.

K. Balditt

CC: FILE

PAGE 1 OF 1

KEVIN BALDIT
TDCJ ID No. 1942165
LOPEZ STATE JAIL
1203 EL CIBOLO RD.
EDINBURG, TX 78542

MCALLEN TX 785

JO JUL 2015 PM 3 L

KEITH E. HOTTLE, CLERK
4ᵗʰ COURT OF APPEALS
CADENA - REEVES JUSTICE CENTER
300 DOLOROSA ST, SUITE 3200
SAN ANTONIO, TX 78205

7820533037

LEGAL MAIL 7/2/15